FD-302 (Rev. 5-8-10)

- 1 of 1 -


OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry        02/23/2018

   Anthony Careathers, previously identified, attended a plea hearing on June 14, 2017 at the United States Federal Courthouse located at 526 Water Street #216, Port Huron, Michigan.

   At the conclusion of the hearing, writer exited the courtroom and stood in the hallway waiting for other agents to exit.  Careathers exited the courtroom and approached writer, at which time, writer extended her right hand to shake hands with Careathers.  Careathers stated he did not want to shake writer's hand.  Then Careathers made several statements to writer expressing that writer should get a real job, begin doing real police work, and start arresting real criminals.  Writer did not respond to any comments made by Careathers.

   Task Force Officer (TFO) Kimberly Orlando, U.S. Postal Inspection Service, exited the court room.  Writer observed Careathers engage in conversation with TFO Orlando.  TFO Orlando did not respond to Careathers.  TFO Orlando and writer immediately exited the area and walked to the security area in the lobby of the courthouse.  Then writer reported the statements made by Careathers to AUSA Sara Cohen and AUSA Craig Weier prior to exiting the courthouse.

Investigation on   02/21/2018   at   Port Huron, Michigan, United States (In Person)

File #   194C-DE-4803745

Date drafted   02/21/2018

by   PONZETTI SUNSHINE DAWN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.